# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT RUSH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLEX LTD., FLEXTRONICS INTERNATIONAL USA, INC., and FLEXTRONICS AMERICA, LLC,<br><br>Defendants. | Case No.: 1:25-cv-05722<br>Hon. Judge Mary M. Rowland<br>Magistrate Judge Heather K. McShain |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF FLEXTRONICS AMERICA, LLC

Plaintiff Robert Rush hereby voluntarily dismisses his claims against Flextronics America, LLC, without prejudice pursuant to Federal Rule 41(a)(1)(A)(i). No Answer or Motion for Summary Judgement has been served by Flextronics America, LLC.

Dated: June 18, 2025

Respectfully Submitted,

*/s/ Michael J. Casas*
Ryan F. Stephan
James B. Zouras
Michael J. Casas
**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
(312) 233-1550
(312) 233-1560 *f*
Firm ID: 43734
rstephan@stephanzouras.com
jzouras@stephanzouras.com

mcasas@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

**CERTIFICATE OF SERVICE**

      I, the attorney, certify that on June 18, 2025, I electronically filed the attached with the Clerk of Court using the electronic filing system which will send such filing to all attorneys of record.

<em>/s/ Michael J. Casas</em>