## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Robert Rush

                                   Plaintiff,

v.                                          Case No.: 1:25−cv−05722
                                                             Honorable Mary M. Rowland

Flextronics International USA, Inc., et al.

                                   Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the Plaintiff's notice of voluntary dismissal [23]. Pursuant to FRCP 41(a)(1)(A)(i), Defendant Flextronics America, LLC is dismissed from this action. Defendant Flextronics America's motion to dismiss [15] is terminated. Joint status report from the remaining parties remains due on 7/14/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.