# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Robert Rush

                                   Plaintiff,

v.                                             Case No.: 1:25−cv−05722
                                                              Honorable Mary M. Rowland

Flextronics International USA, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2025:

        MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [28]. The parties report that discovery is proceeding on schedule and that they do not anticipate that expert discovery will be necessary. The parties are to file a joint status report on the progress of discovery and include a report as to what oral discovery they anticipate and whether a settlement conference would be productive on 12/8/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.